IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL SPISAK,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 18-4381** |
| **ADVANCED AUTO PARTS, INC.,** : | |
| : | |
| : | |
| **Defendant.** : | |

**ORDER**

**AND NOW,** this 1st day of December, 2021, upon notice of the Parties' settlement, **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISIMISSED WITH PREJUDICE**, pursuant to Local Rule 41.1(b).

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker